UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2010-3735
POWERS KIRN, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057
856-802-1000
Attorney for U. S. Bank N. A.
WP0186

In Re:
Nicole M. McMickle
aka Nicole M. Simicich

Case No.: 10-30238-KCF

Chapter: 7

Hearing Date: 09/14/2010 at 10:00 am

Judge: Honorable Kathryn C. Ferguson

# CERTIFICATION RE CALCULATION OF AMOUNT DUE ON THE NOTE AND MORTGAGE

Lisa Rogers of full age, employed as Director of Default Services for National Default Servicing Corporation  authorized outsourcing agent for U. S. Bank N. A., hereby certifies the following information:

Recorded on         , in Middlesex County, in Book 12827 at Page 668&c

Property Address: 22 Oxford Road, East Brunswick, NJ  08816

Mortgage Holder: U. S. Bank N. A.

Mortgagor(s)/Debtor(s): Nicole M. McMickle
aka Nicole M. Simicich

## I.  PAYOFF STATEMENT

| | |
|---|---|
| Unpaid Principal Balance............................................................ | $241,663.55 |
| Interest from    2/1/10      to    8/1/10    ................................. | $7,098.84 |
| (Interest rate =  5.875   % per year;            per day x        days) | |
| Late Charges from          to         (      /mo. x        mos.) | $369.70 |
| Attorney's fees and costs as of              ........................ | $650.00 |

Advances through                                for:

| | | |
|---|---|---|
| Real Estate Taxes . . . . . . . . . . . . . . . . . . . | $1,839.86 | |
| Insurance premiums .. . . . . . . . . . . . . . . . | | |
| M.I.P. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Inspections .. . . . . . . . . . . . . . . . . . . . . . . | | |
| Winterizing/Securing .. . . . . . . . . . . . . . . | | |
| ***Sub-Total of Advances*** . . . . . . . . . . . . . . . | $1,839.86 | |
| Less Escrow Monies . . . . . . . . . . . . . . . . | | |
| ***Net Advances***. . . . . . . . . . . . . . . . . . . . . . . | $1,839.86 | $1,839.86 |

Interest on advances from          to                              . . . . . . . . . . . . . . . . . . . . .

Other charges (specify)    Corporate .. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $123.00

Less unearned interest      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**TOTAL DUE AS OF**              . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $251,744.95


## II. EQUITY ANALYSIS (When appropriate)

Estimated fair market value of real estate (as of    8/5/10              ). . . . . . . . . . . . . . . . . *    $285,000.00

Liens on the real estate:

    1. Real estate taxes as of                    . . . . . . . . . . . . . . .

    2. First Mortgage (principal and interest), as of        $251,744.95

    3. Second Mortgage (principal and interest), as of

    4. Other (specify on separate exhibit)    . . . . . . . . . . . . . . . . . . . . .    $48,700.00

    **TOTAL LIENS**     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ($300,444.95)    ($300,444.95)

    **APPARENT EQUITY AS OF**              . . . . . . . . . . . . . . .    ($15,444.95)

*Source:      BPO              (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)


I certify under penalty of perjury that the foregoing is true and correct.


  08/11/2010                                    /s/ Lisa Rogers
(Date of signature)                              Signature

**EXHIBIT TO CERTIFICATION RE CALCULATION OF AMOUNT DUE**

Mortgagor(s)/Debtor(s): Nicole M. McMickle
aka Nicole M. Simicich

| | |
|---|---|
| $20,200.00 | Less Debtor's Exemptions |
| $28,500.00 | Cost of Sale Estimated at 10% |
| $48,700.00 | Total for II .4.  Other above |

2010-3735
Loan# (Last 4 digits): 2725
POWERS KIRN, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057
856-802-1000
Attorney for U. S. Bank N. A.
WP0186

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| Nicole M. McMickle | : CASE NO. 10-30238-KCF |
| aka Nicole M. Simicich | : |
| | : CHAPTER: 7 |
| | : |
| **Debtor(s)** | : HEARING DATE: 09/14/2010 at 10:00 am |
| | : |

**CERTIFICATION OF AMOUNT DUE**

Lisa Rogers does hereby certify:

1. I am Director of Default Services for National Default Servicing Corporation authorized outsourcing agent for U. S. Bank N. A., the holder of a bond and mortgage on premises known as 22 Oxford Road, East Brunswick, NJ. Copies of said documents are attached hereto.

2. The following is the amount due on the bond and mortgage:

| | |
|---:|---|
| $241,663.55 | Unpaid Principal Balance |
| $7,098.84 | Interest as of: 08/01/2010 |
| $1,839.86 | Advances for Taxes & Insurance |
| $369.70 | Late Charges |
| $123.00 | Other Advances (Corporate) |
| $650.00 | Legal Fees & Costs |
| $251,744.95 | TOTAL DUE |

3. The last payment made on this account was made on  02/04/2010.

4. I certify the above facts are true.  I am aware that if the above facts are wilfully false, I am subject to punishment.

        /s/ Lisa Rogers
        Lisa Rogers

DATED: 08/11/2010